IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:19-cv-00787-PAB-NRN

HOWARD COHAN,

       Plaintiff,

v.

OLS HOTELS & RESORTS, LLC,

       Defendant.

## NOTICE OF SETTLEMENT

Defendant, OLS Hotels & Resorts, LLC, pursuant to D.C.COLO.LCivR 40.2(b), hereby gives notice that the parties have reached a settlement in principle. The settlement covers all claims in the above-captioned case.  Plaintiff Cohan will file a notice of the dismissal of this action within ten (10) days of this notice.

Respectfully submitted this 13th day of June, 2019.

                                                          *s/ Adrienne C. Scheffey*
                                                          Adrienne C. Scheffey
                                                          Michelle L. Gomez
                                                          Littler Mendelson, P.C.
                                                          1900 Sixteenth Street, Suite 800
                                                          Denver, CO  80202
                                                          Telephone:  303.629.6200
                                                          Fax:  303.629.0200
                                                          ascheffey@littler.com
                                                          mgomez@littler.com
                                                          ATTORNEYS FOR OLS HOTELS &
                                                          RESORTS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2019, I filed and served the foregoing **NOTICE OF SETTLEMENT** via CM/ECF addressed to the following:

Gloria Saad, Esq.
Blackmore Law PLC
21411 Civic Center Drive
Suite 200
Southfield, MI 48076
(833) 343-6743
gsaad@blackmorelawplc.com

*s/ Valerie Gremillion*
Valerie Gremillion

FIRMWIDE:164930079.1 102857.1001