IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00787-PAB-NRN

HOWARD COHAN,

Plaintiff,

v.

OLS HOTELS & RESORTS LLC, a Deleware limited liability company,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     In light of the Notice of Settlement (Dkt. #19), it is hereby ORDERED that dismissal papers shall be filed on or before June 24, 2019.

Date: June 14, 2019