IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:19-cv-00787-PAB-NRN

HOWARD COHAN,

       Plaintiff,

v.

OLS HOTELS & RESORTS, LLC,

       Defendant.

---

## JOINT NOTICE OF DISMISSAL

Plaintiff Howard Cohan ("Plaintiff") and Defendant OLS Hotels & Resorts, LLC ("Defendant") (collectively "Parties") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly move to dismiss this action with prejudice.

Plaintiff initiated this suit for injunctive relief under the Americans with Disabilities Act ("ADA").  Plaintiff alleged there were architectural barriers existing at Defendant's hotel that constitute violations of the ADA and that unlawfully limited the Plaintiff's access to the hotel. Defendant denies the allegations of Plaintiff's Complaint and has defenses to Plaintiff's claims. The Parties have nevertheless reached an agreement to voluntarily resolve all of the issues raised in the litigation.

Accordingly, the Parties jointly request the Court dismiss this action with prejudice with each party to bear his or its own costs and attorneys' fees.

2

Dated June 24, 2019.

*s/ Gloria Saad*
Gloria Saad, Esq.
Blackmore Law PLC
21411 Civic Center Drive
Suite 200
Southfield, MI 48076
(833) 343-6743
gsaad@blackmorelawplc.com

ATTORNEYS FOR PLAINTIFF

*s/ Adrienne Scheffey*
Adrienne C. Scheffey
Michelle L. Gomez
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone:  303.629.6200
Fax:  303.629-0200
ascheffey@littler.com
mgomez@littler.com

ATTORNEYS FOR DEFENDANT
OLS HOTELS & RESORTS, LLC

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, I filed and served the foregoing **JOINT NOTICE OF DISMISSAL** via CM/ECF addressed to the following:

Gloria Saad, Esq.
Blackmore Law PLC
21411 Civic Center Drive
Suite 200
Southfield, MI 48076
(833) 343-6743
gsaad@blackmorelawplc.com

                                               *s/ Valerie Gremillion*
                                               Valerie Gremillion

FIRMWIDE:165128095.1 102857.1001